MICHAEL BOYLAND
*(your name)*
P.O.B. #3274
*(your street address)*
GREATFALLS, MONTANA 59403
*(city, state, zip code)*
(406)836-1100
*(your phone number)*
Plaintiff Pro Se

CLERK OF DISTRICT COURT
TINA HENRY

2024 AUG 23 PM 12:58

FILED
BY _____ DEPUTY

MONTANA __EIGHTH__ JUDICIAL DISTRICT COURT,
*(number of district in which your county is located)*
__CASCADE__ COUNTY
*(name of your county)*

| | |
|---|---|
| MICHAEL BOYLAND, ) | Your Cause No. ADV-24-0423 |
| Plaintiff, ) | |
| vs. ) | Complaint |
| GREATFALLS POLICE DEPT., ) | |
| CITY OF GREATFALLS, MT. ) | |
| Defendant. ) | |

COMES NOW the Plaintiff, __MICHAEL BOYLAND__, respectfully states the following:

1. On about August 25, 2022 officer Alex Vance, badge#358 and officer Sgt. Adam Price, badge#274 of the Greatfalls Police Dept. of the City of Greatfalls, Mt. knowingly and willfully violated my

2. 4th Amendment rights under color of law by subjecting me to an 1) unlawful seizure, 2) illegal search, 3) excessive force, 4) false arrest. These are constitutionally protected rights. Under §1983

3. action I can recover compensatory damages upon proof of actual

Complaint
December 27, 2010

Page 1.

injury. Farrr v.Hobby.506 U.S.103,121(1992). I can recover punitive damages in §1983 actions because Sgt. Adam Price and officer

4 Alex Vance acted with reckless or callous disregard to my federal-protected rights. Sgt. Adam Price and officer Alex Vance also violated state tort law. They inflicted intentional emotional distress with their outrageous conduct of slamming me head first into cement reinforced floor.

5 The wrenching of my arms between my shoulder blades while falsely stating I'm resisting to ramming my body into the door frame of the hotel while being dragged. Their actions caused injuries that required considerable medical treatment. Along with emotional trauma and public humiliation.

THEREFORE the Plaintiff respectfully asks this court to grant the following:

1 I'm seeking 1,000,000.00 dollars for compensatory damages for pain and suffering. Punitive damages for the egregious and callous conduct that left me with post traumatic distress from the encounter. Also the expungement of all records resulting from the unlawful and violent arrest where the charges were

2 dropped due to lack of evidence and dismissed with prejudice due to prosecutor misconduct of withholding of exculpatory evidence.

_____

3. _____

_____

*Michael Boyland* (signature)
(Your signature)
Michael Boyland
(Print your name)
AUGUST 23, 2024
(Date)